Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED**
**BY MAIL**

# UNITED STATES DISTRICT COURT

SEP 24 2018

for the

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

_____ District of _____

_____ Division

| | |
|---|---|
| _Ernest Bishop_ | ) Case No. _18 cv 2741 JRT/SER_ |
| Plaintiff(s) | ) (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |
| -v- | ) Jury Trial: (check one) [ ] Yes [✓] No |
| _Levine Richard D, M.D._ | ) |
| _Fair View Hospital, UMMC_ | ) |
| Defendant(s) | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                _Ernest Bishop_
Street Address        _1364 Ramar Bay apt-18_
City and County       _Bull head City    mohave county_
State and Zip Code    _A.Z.   86442_
Telephone Number      _928-219-6703_
E-mail Address

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

SCANNED
SEP 24 2018
U.S. DISTRICT COURT ST. PAUL
ACH

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                      Levine Richard Q. M.D.

    Job or Title *(if known)*  Dr.

    Street Address        2450 Riverside

    City and County      Mpls — Hennepin county

    State and Zip Code   M.N. 35454-1450

    Telephone Number   612-273-6402

    E-mail Address *(if known)*

Defendant No. 2

    Name                      Fairview Hospital, UMMC

    Job or Title *(if known)*  Hospital

    Street Address        2450 Riverside

    City and County      MPLS — Hennepin county

    State and Zip Code   M.N. 55454-1450

    Telephone Number   612-873-6402

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*don't understand*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _Ernest Bishey_ , is a citizen of the State of *(name)* _AZ,_ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _Levine Richard, M.D.,_ , is a citizen of the State of *(name)* _Minnesota Minneapolis_ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, (name) *Far View Hosipal umnc* , is incorporated under
the laws of the State of (name) *Minnesota* , and has its
principal place of business in the State of (name) *Fairview Hosfal umnc* .
Or is incorporated under the laws of (foreign nation) _____ ,
and has its principal place of business in (name) *Fairview Hosfal umnc* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*over this amount*

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*HIPAA violations kick me out mental ward and I was still suicide mal-practices and other civil violation*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Depression, mental unsable, mental anguish I am Bipolar and have H.I.V, and anything elsa the court see fit, and pain and stuffing.*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7-4-18

Signature of Plaintiff    Ernest Bishop

Printed Name of Plaintiff    Ernest Bishop

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address